1  JILBERT TAHMAZIAN, ESQ. NO. 143574
   LAW OFFICES OF JILBERT TAHMAZIAN
2  1518 West Glenoaks Boulevard
   Glendale, California 91201
3
   Telephone No. (818) 242-8201
4  Facsimile No. (818) 242-8246
5  Attorneys for Defendant
   MANUK SHUBARALYAN
6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,          )   Case No. CR 05-00343 (FCD)
11                                     )
              Plaintiff,               )   **STIPULATION AND ORDER RE**
12                                     )   **CONTINUANCE OF STATUS**
                                       )   **CONFERENCE DATE**
13                                     )
                                       )
14        v.                           )   Status Conference
                                       )   Date:        June 12, 2006
15                                     )   Time:        9:30 A.M.
                                       )   Judge:       Hon. Judge Frank D.
16                                     )                Damrell
   MANUK SHUBARALYAN,                  )
17                                     )
              Defendant.               )
18   _____)

19

20        TO THE UNITED STATES ATTORNEY, AND TO THE U.S. DISTRICT COURT:

21        Defendant, MANUK SHUBARALYAN, by and through his attorneys of record, the Law

22   Offices of Jilbert Tahmazian; defendant YURIK SHAKHBAZYAN, by and through his attorneys

23   Minassian & Bagndaian; defendant ROZA GASPARIAN, by and through her attorneys of record

24   Law Offices of Mark J. Werksman,  and Plaintiff, United States of America, through its attorney

25   of record, Christine Watson from the United States Attorney's Office for the Eastern District of

26   California, hereby agree, stipulate and request that the Court to continue the status conference

27   date in this matter from June 12, 2006, at 9:30 a.m., to July 17, 2006.  The Parties further

28   stipulate that:

                                       1

1.     The Speedy Trial Act of 1974, 18 U.S.C. §3161 et seq., originally required that the status conference for this matter commence on or before June 12, 2006.

2.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161 et seq., within which the status conference must commence, the time period of June 12, 2006 to July 17, 2006, inclusive, is deemed excludable pursuant to 18 U.S.C. §3161(h)(1)(D) [Local Code C].

3.     Pursuant to 18 U.S.C. §3161(h)(1)(F), any delay that results from any pretrial motion, from the time of the filing of this stipulation is automatically excludable from the Speedy Trial Act time limitations.

IT IS SO STIPULATED.

Dated: June 8, 2006         LAW OFFICES OF JILBERT TAHMAZIAN

By:   /s/ Jilbert Tahmazian
Jilbert Tahmazian, Esq.
Attorney for Defendant,
MANUK SHUBARALYAN

Dated: June 8, 2006         MINASSIAN & BAGNDAIAN

By:   /s/ Fred G. Minassian
Fred G. Minassian, Esq.
Attorney for Defendant
YURIK SHAKHBAZYAN

Dated: June 8, 2006         LAW OFFICES OF MARK J. WERKSMAN

By:   /s/ Mark J. Werksman
Mark J. Werksman, Esq.
Attorney for Defendant
ROZA GASPARIAN

2

1    Dated: <u>June 8, 2006</u>

2

3                 By:   <u>/s/ Steven Lapham</u>
                                   Steven Lapham, Esq.
                                   Assistant United States Attorney

4                                    Attorneys for Plaintiff
                                   United States of America

5

6                                    **ORDER**

7

        IT IS SO ORDERED

8

   DATED: June 9, 2006

9

10                                   <u>/s/ Frank C. Damrell Jr.</u>
                                  Hon. Judge Frank D. Damrell Jr.

11                                   United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I am employed in the county of Los Angeles, State of California in the offices of a member of the State Bar of California at whose direction this service was made.  I am over the age of 18 and not a party to the within action.  My business address is 1518 West Glenoaks Blvd, Glendale, California 91201.

On the date set forth below, I served the foregoing document described as **STIPULATION AND ORDER RE CONTINUANCE OF STATUS CONFERENCE DATE** on the interested parties, named below and in this action by the method of service set forth below:

SEE ATTACHED SERVICE LIST

  **X   BY MAIL.** I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing.  Under that practice, the mail would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that upon motion of the party served, service is presumed invalid if the postal cancellation date or postal meter date is more than one day after the date of deposit for mailing an affidavit.

  **X    BY FACSIMILE.**  By transmitting a copy of above listed document by a "FAX" machine to the FAX number noted on the attached master mailing list and/or as listed above.

  **X   (BY ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the original documents to be filed electronically with the United States District Court, Eastern District of California's Case Management/Electronic Case Filing (CM/ECF) system, therefore electronically serves a copy of the documents on the persons at the e-mail address listed above. I did not receive, within reasonable time after the transmission, any electronic messages or other indication that the transmission was unsuccessful.

I declare under penalty of perjury and the laws of the State of California that the foregoing is true and correct.  Executed on June 8, 2006 in the City of Glendale, State of California.


        /s/ Allen A. Sarkisian

4

1                                    **<u>SERVICE LIST</u>**

2    Steven Lapham, AUSA
     United States Attorney's Office
3    501 I Street #10-100
     Sacramento, CA 95814
4    Facsimile (916) 554-2900
     E-mail: steven.lapham@usdoj.gov
5    (By Electronic Transmission)

6    Fred G. Minassian, Esq.
     Minassian & Bagndaian
7    3435 Wilshire Bl. #620
     Los Angeles, CA 90010
8    Facsimile: (213) 427-8884
     E-mail: mblaw@sbcglobal.net
9    (By Electronic Transmission)

10   U.S. Pretrial Services
     501 "I" Street, Ste. 2400
11   Sacramento, CA 95814
     Facsimile: (916) 930-4355
12   (By Facsimile and U.S. Mail)

13   Mark J. Werksman, Esq.
     Law Offices of Mark J. Werksman
14   801 South Figueroa Street, 11th Floor
     Los Angeles, CA 90017
15   Facsimile: (213) 688-1942
     E-mail: mwerksman@werksmanlaw.com
16   (By Electronic Transmission)

17

18

19

20

21

22

23

24

25

26

27

28