1  FRED G. MINASSIAN, ESQ. NO. 170974
   MELANIE K. BAGHDAIAN, ESQ. NO.204473
2  LAW OFFICES OF MINASSIAN & BAGHDAIAN
   3435 Wilshire Blvd., Suite 620
3  Los Angeles, California 90010

4  Telephone No. (213) 427-8888
   Facsimile No. (213) 427-8884
5
   Attorneys for Defendant
6  YRUIK SHAKHBAZYAN

7

8
                    UNITED STATES DISTRICT COURT
9
              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,        )   Case No. CR 05-00343 (FCD)
                                     )
12            Plaintiff,             )   **STIPULATION and ORDER TO**
                                     )   **MODIFY TERMS AND CONDITIONS**
13                                   )   **OF PRETRIAL RELEASE**
                                     )
14                                   )
         v.                          )
15                                   )
                                     )
16                                   )
                                     )
17  YURIK SHAKHBAZYAN,               )
                                     )
18            Defendant.             )
                                     )
19  _____)

20
        Defendant, YURIK SHAKHBAZYAN, (hereafter referred to as "Defendant"), through his
21
    counsel of record, Fred Minassian and the United States Attorney of the Easter District through the
22
    counsel Mr. Steven Lapham and the United States Pretiral Services , hereby stipulate  for an order
23
    modifying the terms and conditions of Defendant's  pretrial release to permit him to visit his dying
24
    uncle in the republic of Armenia for a period of 15 days.
25
        During his stay in Armenia,  Mr. Shakhbazyan will reside at his brother's home in Armenia.
26
    Mr. Shakhbazyan is to check in with the Pretrial Services Office 48 hours before his travel and
27
    within 48 hours of his return. All other conditions of his pretrial release shall remain the same.
28

                                         1

Dated: June 20, 2006                                   Respectfully Submitted,


                                        _____/s/ Fred G. Minassian_____
                                               Attorney for Defendant

## **DECLARATION OF FRED G. MINASSIAN**

I, Fred G. Minassian, declare:

1.      I am counsel of record for Defendant Yurik Shakhbazyan in the above-captioned

        case.

2.      The facts contained within this Application are true and correct to the best of my

        knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of June 2006, at Los Angeles, California.


                                         ___/s/ Fred G. Minassian___
                                            Fred G. Minassian, Declarant

## **ORDER**

    GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED AND

ADJUDGED THAT Defendant, YURIK SHAKHBAZYAN be permitted to travel to the

Republic of Armenia to visit his dying uncle for a period of 15 days.

    IT IS FURTHER ORDERED THAT YURIK SHAKHBAZYAN check in with the

Pretrial Services Office 48 hours before his travel and within 48 hours upon his return. All

conditions of his pretrial release shall remain the same.


Dated: June 27, 2006_____    /s/ Frank C. Damrell Jr._____
                                         Hon. Judge Frank D. Damrell Jr.
                                         United States District Court Judge