JILBERT TAHMAZIAN, ESQ. NO. 143574
LAW OFFICES OF JILBERT TAHMAZIAN
1518 West Glenoaks Boulevard
Glendale, California 91201

Telephone No. (818) 242-8201
Facsimile No. (818) 242-8246

Attorneys for Defendant
MANUK SHUBARALYAN

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>YURIK SHAKHBAZYAN, MANUK SHUBARALYAN, ROZA GASPARIAN,<br><br>  Defendants. | Case No. CR 05-00343 (FCD)<br><br>**STIPULATION AND ORDER RE CONTINUANCE OF STATUS CONFERENCE DATE**<br><br>Status Conference<br>Date:   July 17, 2006<br>Time:   9:30 A.M.<br>Judge:  Hon. Judge Frank D. Damrell Jr. |

TO THE UNITED STATES ATTORNEY, AND TO THE U.S. DISTRICT COURT:

Defendant, MANUK SHUBARALYAN, by and through his attorneys of record, the Law Offices of Jilbert Tahmazian; defendant YURIK SHAKHBAZYAN, by and through his attorneys Minassian & Bagndaian; defendant ROZA GASPARIAN, by and through her attorneys of record Law Offices of Mark J. Werksman, and Plaintiff, United States of America, through its attorney of record, Stephen Lapham from the United States Attorney's Office for the Eastern District of California, hereby agree, stipulate and request that the Court to continue the status conference date in this matter from July 17, 2006, at 9:30 a.m., to any date convenient to the Court in the

second week of September, 2006.  The Parties further stipulate that:

1. The Speedy Trial Act of 1974, 18 U.S.C. §3161 et seq., originally required that the status conference for this matter commence on or before July 17, 2006.

2. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161 et seq., within which the status conference must commence, the time period of July 17, 2006 to September 17, 2006, inclusive, is deemed excludable pursuant to 18 U.S.C. §3161(h)(1)(D) [Local Code C].

3. Pursuant to 18 U.S.C. §3161(h)(1)(F), any delay that results from any pretrial motion, from the time of the filing of this stipulation is automatically excludable from the Speedy Trial Act time limitations.

IT IS SO STIPULATED.

Dated: July 10, 2006          LAW OFFICES OF JILBERT TAHMAZIAN

                              By:  /s/ Jilbert Tahmazian
                                   Jilbert Tahmazian, Esq.
                                   Attorney for Defendant,
                                   MANUK SHUBARALYAN

Dated: July 10, 2006          MINASSIAN & BAGNDAIAN

                              By:  /s/ Fred G. Minassian
                                   Fred G. Minassian, Esq.
                                   Attorney for Defendant
                                   YURIK SHAKHBAZYAN

Dated: July 10, 2006          LAW OFFICES OF MARK J. WERKSMAN

                              By:  /s/ Mark J. Werksman
                                   Mark J. Werksman, Esq.
                                   Attorney for Defendant
                                   ROZA GASPARIAN

Dated: July 10, 2006

By:   /s/ Steven Lapham
Steven Lapham, Esq.
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

**ORDER**

The status conference date in this matter is continued to Monday, September 25, 2006 at 9:30 a.m.   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161 et seq., within which the status conference must commence, the time period of July 17, 2006 to September 25, 2006, inclusive, is deemed excludable pursuant to 18 U.S.C. §3161(h)(1)(D) [Local Code C].

IT IS SO ORDERED

DATED: July 12, 2006

/s/ Frank C. Damrell Jr.
Hon. Judge Frank D. Damrell
United States District Court Judge

3