JILBERT TAHMAZIAN, ESQ. NO. 143574
LAW OFFICES OF JILBERT TAHMAZIAN
1518 West Glenoaks Boulevard
Glendale, California 91201

Telephone No. (818) 242-8201
Facsimile No. (818) 242-8246

Attorneys for Defendant
MANUK SHUBARALYAN

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR 05-00343 (FCD) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER RE CONTINUANCE OF STATUS CONFERENCE DATE** |
| YURIK SHAKHBAZYAN, MANUK SHUBARALYN, ROZA GASPARIAN, | ) | Status Conference |
| | ) | Date: October 10, 2006 |
| Defendant. | ) | Time: 9:30 A.M. |
| | ) | Judge: Hon. Judge Frank D. Damrell Jr. |

"AS MODIFIED"

TO THE UNITED STATES ATTORNEY, AND TO THE U.S. DISTRICT COURT:

Defendant, MANUK SHUBARALYAN, by and through his attorneys of record, the Law Offices of Jilbert Tahmazian; defendant YURIK SHAKHBAZYAN, by and through his attorneys Minassian & Bagndaian; defendant ROZA GASPARIAN, by and through her attorneys of record Law Offices of Mark J. Werksman, and Plaintiff, United States of America, through its attorney of record, Christine Watson from the United States Attorney's Office for the Eastern District of

1

California, hereby agree, stipulate and request that the Court to continue the status conference date in this matter from September 25, 2006, at 9:30 a.m., to October 9, 2006. The Parties further stipulate that:

1. The Speedy Trial Act of 1974, 18 U.S.C. §3161 et seq., originally required that the status conference for this matter commence on or before September 25, 2006.

2. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161 et seq., within which the status conference must commence, the time period of September 25, 2006 to October 9, 2006, inclusive, is deemed excludable pursuant to 18 U.S.C. §3161(h)(1)(D) [Local Code C]

3. Pursuant to 18 U.S.C. §3161(h)(1)(F), any delay that results from any pretrial motion, from the time of the filing of this stipulation is automatically excludable from the Speedy Trial Act time limitations.

IT IS SO STIPULATED.

Dated: September 19, 2006         LAW OFFICES OF JILBERT TAHMAZIAN


                                  By:   /s/ Jilbert Tahmazian
                                        Jilbert Tahmazian, Esq.
                                        Attorney for Defendant,
                                        MANUK SHUBARALYAN


Dated: September 19, 2006         MINASSIAN & BAGNDAIAN


                                  By:   /s/ Fred G. Minassian
                                        Fred G. Minassian
                                        Attorney for Defendant
                                        YURIK SHAKHBAZYAN

Dated: September 19, 2006          LAW OFFICES OF MARK J. WERKSMAN

                                                By:   /s/ Mark J. Werksman
                                                     Mark J. Werksman
                                                     Attorney for Defendant
                                                     ROZA GASPARIAN

Dated: September 19, 2006

                                                By:   /s/ Steven Lapham
                                                   Steven Lapham, Esq.
                                                   Assistant United States Attorney
                                                   Attorneys for Plaintiff
                                                   United States of America

**ORDER**

The status conference set for September 25, 2006 is VACATED and RESET for Tuesday, October 10, 2006 at 9:30 a.m.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. §3161 et seq., from of September 25, 2006 to October 10, 2006, inclusive, is deemed excludable pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [Local Code T4] and 18 U.S.C. §3161(h)(1)(D) [Local Code C].

    IT IS SO ORDERED.

DATED: September 20, 2006

                                                   /s/ Frank C. Damrell Jr.
                                                   Hon. Judge Frank D. Damrell
                                                   United States District Court Judge