1 | **Mark J. Werksman, Esq. - CSB No. 120767**
**LAW OFFICES OF MARK J. WERKSMAN**
2 | **801 South Figueroa Street, 11th Floor**
**Los Angeles, California 90017**
3 | **Tel: (213) 688-0460 /Fax: (213) 624-1942**

4 | Attorneys for Defendant
Roza Gasparian

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO. 05 CR 00343 (FCD) |
| Plaintiff, | **STIPULATION AND ORDER RE CONTINUANCE OF STATUS CONFERENCE DATE** |
| v. | |
| MANUK SHUBARALYAN, et al. | **Status Conference** |
| Defendant. | Date:     October 10, 2006 |
| | Time:     9:30 a.m. |
| | Judge: Hon. Judge Frank C. Damrell Jr. |
| | **"AS MODIFIED"** |

   TO THE UNITED STATES ATTORNEY, AND TO THE U.S. DISTRICT COURT:

   Defendant, ROZA GASPARIAN, by and through her attorneys of record, the Law Offices Of Mark J. Werksman, defendant, MANUK SHUBARALYAN, by and through his attorneys of record, the Law Offices of Jilbert Tahmazian; defendant, YURIK SHAKHBAZYAN, by and through his attorneys Minassian & Bagndaian; and Plaintiff, UNITED STATES OF AMERICA, through its attorney of record, Steven Lapham from the United States Attorney's Office for the Eastern District of California, hereby agree, stipulate and request the Court to continue the status conference date in this matter from October 10, 2006 at 9:30 a.m. to November 20, 2006 at 9:30 a.m.  This continuance is necessary for the parties to

attempt to negociate a case settlement.  The parties further stipulate that:

1. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161 et seq., within which the status conference must commence, the time period of October 10, 2006 to November 20, 2006, inclusive, is deemed excludable pursuant to 18 U.S.C. §3161 et seq. 3161(h)(8)(A) & (B)(iv), Local Code T-4

IT IS SO STIPULATED.

Dated: October 4, 2006                United States Attorney
                                      Debra W. Yang

                                      By:      /s/ Steven Lapham
                                         Steven Lapham, Esq.
                                         Assistant United States Attorney
                                         Attorneys for Plaintiff
                                         United States of America

                                      Law Offices of Mark Werksman

Dated: October 4, 2006                By: _____
                                         Mark J. Werksman, Esq.
                                         Attorney for Defendant
                                         Rose Gasparian

Dated: October 4, 2006                Law Offices of Jilbert Tahmazian

                                      By:      /s/ Jilbert Tahmazian
                                         Jilbert Tahmazian, Esq.
                                         Attorneys for Defendant
                                         Manuk Shukbaralyan

Dated: October 4, 2006                Minassian & Bagndaian

                                      By:      /s/ Fred G. Minassian
                                         Fred G. Minassian, Esq.
                                         Attorneys for Defendant
                                         Yurik Shakhbazyan

**IT IS SO ORDERED.**

Dated: October 4, 2006                /s/ Frank C. Damrell Jr.
                                      Honorable Frank D. Damrell Jr.
                                      United States District Judge