1  **Mark J. Werksman, Esq. - CSB No. 120767**
   **LAW OFFICES OF MARK J. WERKSMAN**
2  **801 South Figueroa Street, 11th Floor**
   **Los Angeles, California  90017**
3  **Tel: (213) 688-0460 /Fax: (213) 624-1942**

4  Attorneys for Defendant
   Roza Gasparian

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO. 05 CR 00343 FCD |
| Plaintiff, | **STIPULATION AND ORDER RE CONTINUANCE OF STATUS CONFERENCE/CHANGE OF PLEA** |
| v. | |
| MANUK SHUKBARALYAN, et. al. | **Date:** January 8, 2007  **Time:** 10:00 a.m. |
| Defendant. | **"AS MODIFIED"** |

**TO THE HONORABLE FRANK D. DAMRELL, UNITED STATES DISTRICT JUDGE:**

Defendant, Roza Gasparian, by and through her counsel of record, the Law Offices Of Mark J. Werksman, Defendant, Manuk Shukbaralyan, by and through his counsel of record, Jilbert Tahmazian, Defendant, Yurik Shakhbazyan, by and through his counsel of record, Fred G. Minassian, and the United States of America, by and through Assistant United States Attorney Steven Lapham hereby agree and stipulate that the case be continued from January 8, 2007 until February 26, 2007 ast 10:00 a.m. for Status Conference and Change of Plea.

1  The continuance is necessary because the Assistant United States Attorney will shortly be providing all counsel a written plea agreement. Defense counsel needs time to review the agreements and work with their clients to ascertain the amount of loss attributable to each defendant.

**IT IS FURTHER STIPULATED**

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161 et seq., within which the status conference must commence, the time period of October 10, 2006 to November 20, 2006, inclusive, is deemed excludable pursuant to 18 U.S.C. §3161 et seq. 3161(h)(8)(A) & (B)(iv), Local Code T-4

**IT IS SO STIPULATED**

Dated: January 5, 2007                Respectfully Submitted,


By:  /s/ Mark J. Werksman (Telephonic Auth.)
     Mark J. Werksman
     Attorneys for Defendant
     Roza Gasparian

Dated: January 4 , 2007              United States Attorney
                                     McGregor W. Scott


By:  /s/ R. Steven Lapham
     R. Steven Lapham
     Assistant United States Attorney

Dated: January ___, 2007             Law Offices of Jilbert Tahmazian


By:      /s/ Jilbert Tahmazian
         Jilbert Tahmazian, Esq.
         Attorneys for Defendant
         Manuk Shukbaralyan

Dated: January ___, 2007   Minassian & Bagndaian

By: <u>  /s/ Fred G. Minassian  </u>
    Fred G. Minassian, Esq.
    Attorneys for Defendant
    Yurik Shakhbazyan

**IT IS SO ORDERED**

Dated: January 5, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE