JILBERT TAHMAZIAN, ESQ. NO. 143574
LAW OFFICES OF JILBERT TAHMAZIAN
1518 West Glenoaks Boulevard
Glendale, California 91201

Telephone No. (818) 242-8201
Facsimile No. (818) 242-8246

Attorneys for Defendant
MANUK SHUBARALYAN

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>  )<br>  )<br>  )<br>v.  )<br>  )<br>  )<br>  )<br>  )<br>MANUK SHUBARALYAN, et a.,  )<br>  )<br>Defendants.  )<br>_____ ) | Case No. CR S-05-0343 (FCD)<br><br>**STIPULATION AND ORDER RE CONTINUANCE OF CHANGE OF PLEA DATE**<br><br>Status Conference<br>Date:   February 26, 2007<br>Time:   9:30 A.M.<br>Judge:  Hon. Judge Frank D. Damrell **Jr.** |

TO THE UNITED STATES ATTORNEY, AND TO THE U.S. DISTRICT COURT:

Defendant, MANUK SHUBARALYAN, by and through his attorneys of record, the Law Offices of Jilbert Tahmazian; defendant YURIK SHAKHBAZYAN, by and through his attorneys Minassian & Bagdaian; defendant ROZA GASPARIAN, by and through her attorneys of record Law Offices of Mark J. Werksman, and Plaintiff, United States of America, through its attorney of record, Christine Watson from the United States Attorney's Office for the Eastern District of California, hereby agree, stipulate and request that the Court to continue the change of plea date in this matter from February 26, 2007 to any day convenient to the Court within 60 days of the current hearing. The reason for the continuance is for purposes of allowing the prosecution sufficient time to prepare the plea agreements and for the defendants to have

sufficient time to review them. The Parties further stipulate that:

1. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161 et seq., within which the status conference must commence, the time period of February 26, 2007 to April 30, 2007, inclusive, is deemed excludable pursuant to 18 U.S.C. §3161 et seq. 3161(h)(8)(A) & (B)(iv), Local Code T-4

Dated: February 14, 2007                LAW OFFICES OF JILBERT TAHMAZIAN

                                        By:   /s/ Jilbert Tahmazian
                                              Jilbert Tahmazian, Esq.
                                              Attorney for Defendant,
                                              MANUK SHUBARALYAN

Dated: February 14, 2007                MINASSIAN & BAGNDAIAN

                                        By:   /s/ Fred G. Minassian
                                              Fred G. Minassian
                                              Attorney for Defendant
                                              YURIK SHAKHBAZYAN

Dated: February 14, 2007                LAW OFFICES OF MARK J. WERKSMAN

                                        By:   /s/ Mark J. Werksman
                                              Mark J. Werksman
                                              Attorney for Defendant
                                              ROZA GASPARIAN

Dated: February 14, 2007

                                        By:   /s/ Steven Lapham
                                              Steven Lapham, Esq.
                                              Assistant United States Attorney
                                              Attorneys for Plaintiff
                                              United States of America

**ORDER**

The above stipulation is adopted in full to and including the exclusion of time. The change of plea date in this matter is continued to April 30, 2007 at 10:00 a.m.

IT IS SO ORDERED

                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE

2