**Mark J. Werksman, Esq. - CSB No. 120767**
**LAW OFFICES OF MARK J. WERKSMAN**
**801 South Figueroa Street, 11th Floor**
**Los Angeles, California 90017**
**Tel: (213) 688-0460 /Fax: (213) 624-1942**

Attorneys for Defendant
Roza Gasparian

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | CASE NO. 05 CR 00343 FCD |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING DATE |
| v. ) | |
| MANUK SHUKBARALYAN, et. al. ) | Date: April 30, 2007 |
| Defendant. ) | Time: 10:00 a.m. |
| _____ ) | |

TO THE HONORABLE FRANK D. DAMRELL, Jr., UNITED STATES DISTRICT JUDGE AND TO ASSISTANT UNITED STATES ATTORNEY STEVEN LAPHAM:

Defendant, Roza Gasparian, by and through her counsel of record, the Law Offices Of Mark J. Werksman, Defendant, Manuk Shukbaralyan, by and through his counsel of record, Jilbert Tahmazian, Defendant, Yurik Shakhbazyan, by and through his counsel of record, Fred G. Minassian, and the United States of America, by and through Assistant United States Attorney Steven Lapham hereby agree and stipulate that the Change of Plea Hearing set for April 30, 2007 at 10:00 a.m. in Courtroom 2 (FCD) before Judge Frank C. Damrell Jr. be continued to July 9, 2007at 10:00 a.m.

The continuance is necessary because the Assistant United States Attorney will shortly be providing all counsel a written plea agreement. Defense counsel needs time to review the agreements and work with their clients to ascertain the amount of loss attributable to each defendant.

**IT IS SO STIPULATED**

The parties agree and stipulate that defendant's Change of Plea hearing currently set for April 30, 2007, be continued until July 9, 2007 at 10:00 a.m., or such other date as is available for the Court.

Defendant's counsel has discussed the proposed continuance with defendant who concurs with this request and the reasons stated therefore.

**IT IS FURTHER STIPULATED**

1. The Speedy Trial Act of 1974, 18 U.S.C. §3161 et seq., originally required that the status conference for this matter commence on or before September 25, 2006.
2. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161 et seq., within which the status conference must commence, the time period of April 30, 2007 to July 9, 2007, inclusive, is deemed excludable pursuant to 18 U.S.C. §316(h)(1)(D) [Local Code C].
3. Pursuant to 18 U.S.C. §3161(h)(1)(F), any delay that results from any pretrial motion, from the time of the filing of this stipulation is automatically excludable from the Speedy Trial Act time limitations.

**IT IS SO STIPULATED**.

Dated: April ___, 2007                                       Respectfully Submitted,


By: _____
Mark J. Werksman
Attorneys for Defendant
Roza Gasparian

Dated: April ___, 2007				United States Attorney
						McGregor W. Scott


						By:_____
						     Steven Lapham
						     Assistant United States Attorney


Dated:  April ___, 2007				Law Offices of Jilbert Tahmazian


						By: _____
						     Jilbert Tahmazian, Esq.
						     Attorneys for Defendant
						     Manuk Shukbaralyan


Dated:  April ___, 2007				Minassian & Bagndaian


						By: _____
						     Fred G. Minassian, Esq.
						     Attorneys for Defendant
						     Yurik Shakhbazyan


### ORDER

**THE COURT HEREBY** continues the Change of Plea Hearing in this matter currently set for April 30, 2007, at 10:00 a.m. to July 9, 2007, at 10:00 a.m.  Pursuant to this stipulation time shall be excluded to and including July 9, 2007.

**IT IS SO ORDERED**

Dated: April 25, 2007

						_____
						FRANK C. DAMRELL, JR.
						UNITED STATES DISTRICT JUDGE