McGREGOR W. SCOTT
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2724

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-05-0343 FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | RE-SETTING HEARING FOR |
| v. | ) | ENTRY OF GUILTY PLEAS |
| | ) | |
| YURIK SHAKHBAZYAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

   IT IS HEREBY STIPULATED by the parties, through their respective undersigned counsel, that the hearing for entry of the defendants' guilty pleas before the district court, currently set for July 2, 2007, may be continued from July 23, 2007 at 9:30 a.m.

   IT IS FURTHER STIPULATED that, in order to give the defendants adequate time to review the plea agreements and discuss them with their respective counsel, time may be excluded under the Speedy Trial Act from the date that this stipulation is lodged with the

////
////
////
////

1

Court, through and including July 23, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T4.

DATED: June 21, 2007

                               McGREGOR W. SCOTT
                               United States Attorney

                           By: s/R. Steven Lapham
                               R. STEVEN LAPHAM
                               Assistant U.S. Attorney

DATED: June 21, 2007

                               s/Fred G. Minassian (telephonic auth.)
                               FRED G. MINASSIAN
                               Counsel for Yurik Shakhbazyan

DATED: June 21, 2007

                               s/Jilbert Tahmazian (telephonic auth.)
                               JILBERT TAHMAZIAN
                               Counsel for Manuk Shukbaralyn

DATED: June 21, 2007

                               s/Mark J. Werksman (telephonic auth.)
                               MARK J. WERKSMAN
                               Counsel for Yurik Shakhbazyan

                               O R D E R

    IT IS SO ORDERED.

DATED: June 22, 2007

                               FRANK C. DAMRELL, JR.
                               UNITED STATES DISTRICT JUDGE