LAW OFFICE OF
GARO B. GHAZARIAN
State Bar No. 152790
15915 Ventura Blvd, Suite 203
Encino, California 91436

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff(s) v. YURIK SHAKHBAZYAN Defendant(s). | CASE NUMBER CR. S. 05-343 FCD ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
|---|---|

The Court hereby orders that the request of:

    YURIK SHAKHBAYAN    ☐ Plaintiff  ■ Defendant  ☐ Other
*Name of Party*

to substitute    GARO B. GHAZARIAN    who is

■ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

    15915 VENTURA BLVD, SUITE 203
*Street Address*

    ENCINO    GBGLAW@SBCGLOBAL.NET
*City, State, Zip*    *E-Mail Address*

(818) 905-6484    (818) 905-6481    152790
*Telephone Number*  *Fax Number*  *State Bar Number*

as attorney of record in place and stead of    FRED G. MINASSIAN
*Present Attorney*

**is hereby**    **X GRANTED**    ☐ DENIED

Dated January 28, 2008

Frank C. Damrell, Jr.
United States District Judge

G–01 ORDER (06/05)    **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**