LAW OFFICE OF
GARO B. GHAZARIAN
State Bar No. 152790
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)905-6484
Fax: (818)905-6481


LAW OFFICES OF
JILBERT TAHMAZIAN
1518 W. Glenoaks
Glendale, California 91201
State Bar No. 143574
Tel: (818)242-8201
Fax: (818)242-8246


Attorneys for Defendants
YURIK SHAKHBAZYAN
MANUK SHUBARALYAN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-343 FCD | |
| Plaintiff, ) | | |
| ) | STIPULATION AND ORDER | |
| v.  ) | TO CONTINUE SENTENCING | |
| ) | DATE | |
| YURIK SHAKHBAZYAN, et al.  ) | | |
| Defendants. ) | CURRENT DATE: 3/10/08 | |
| _____) | PROPOSED DATE: 7/14/08 | |

   TO THE HONORABLE FRANK C. DAMRELL, JR., JUDGE OF THE

UNITED STATES DISTRICT COURT AND TO ASSISTANT UNITED STATES

ATTORNEY R. STEVEN LAPHAM:

   Defendants YURIK SHAKHBAZYAN and MANUK SHUBARALYAN, by and

through their respective attorneys of record, GARO B. GHAZARIAN

and JILBERT TAHMAZIAN, and plaintiff, UNITED STATES OF AMERICA,

1

by and through Assistant United States Attorney R. STEVEN LAPHAM, hereby seek and stipulate to a continuance of the sentencing date.

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1.   The sentencing date in the above-referenced matter is currently scheduled for March 10, 2008, at 10:00 a.m.

2.   On January 17, 2008, defense counsel, attorney GARO B. GHAZARIAN, was retained to represent defendant SHAKHBAZYAN in place and stead of Mr. FRED MINASSIAN, in the above-entitled matter.  The court granted the Substitution of Attorney on January 28, 2008.

3. Defense counsel requests from this Court a continuance to allow him reasonable time to effectively and thoroughly review defendant SHAKHBAZYAN's file and meet with the United States Probation Office for the Presentence interview; and, to allow the United States Probation Office sufficient time to complete and disclose the presentence report to the parties in this matter.

4.   The parties stipulate and seek to continue the sentencing date from March 10, 2008 at 10:00 a.m., to July 14, 2008, at 10:00 a.m.

5.   The government does not object to the continuance.

/ / /

1     IT IS SO STIPULATED.

2                                       Respectfully submitted,

3

4  Dated: February 13, 2008            _____/S/ GARO GHAZARIAN_____
                                       GARO B. GHAZARIAN
5                                      Attorney for Defendant
                                       YURIK SHAKHBAZYAN
6

7
   Dated: February 13, 2008            ___/s/ Jilbert Tahmazian _____
8                                      JILBERT TAHMAZIAN
                                       Attorney for Defendant
9                                      MANUK SHUBARALYAN

10

11
   Dated: February 14, 2008            McGregor W. Scott
12                                     United States Attorney

13

14                                     __/s/ Steven Lapham_____
                                       R. STEVEN LAPHAM
15                                     Assistant United States Attorney
                                       Attorney for Plaintiff
16                                     United States of America

17

18     GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT

19 the sentencing date for defendants YURIK SHAKHBAZYAN and MANUK

20 SHUBARALYAN, in the matter of United States v. Shakhbazyan, et

21 al., Case No. 05-CR-343 FCD, currently scheduled on March 10,

22 2008, at 10:00 a.m., shall be continued to July 14, 2008, at

23 10:00 a.m.

24 Dated: February 15, 2008

25

26                                     _____
                                       FRANK C. DAMRELL, JR.
27                                     UNITED STATES DISTRICT JUDGE

28

**CERTIFICATE OF SERVICE**
*United States v. Shakhbazyan*
*Case No. CR 05-343 FCD*

I, the undersigned, declare that I am a resident or employed in the County of Los Angeles, State of California. My business address is 15915 Ventura Blvd., Suite 203, Encino, California 91436. I am over the age of eighteen years and am not a party to the within entitled action.

On February 15, 2008, I served the foregoing document described as **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING DATE** on the interested parties name below and in this action by the method of service set forth below:

>   Philip Y. Mizutani
>   U.S. Probation Officer
>   United States Probation Office
>   Eastern District of California
>   501 I Street, suite 2500
>   Sacramento, CA 95814
>   Facsimile: 916-930-4380
>   **By Facsimile**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed this 15TH day of February 2008, at Encino, California.

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____/S/ AKOP TER-SAAKYAN_____
AKOP TER-SAAKYAN