```
LAW OFFICE OF
GARO B. GHAZARIAN
State Bar No. 152790
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)905-6484
Fax: (818)905-6481


Attorney for Defendant
YURIK SHAKHBAZYAN
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-0343 FCD | |
| Plaintiff, ) | | |
| ) | **STIPULATION AND ORDER** | |
| v. ) | **TO CONTINUE SENTENCING** | |
| ) | | |
| YURIK SHAKHBAZYAN, et al. ) | | |
| Defendants. ) | CURRENT DATE: 7/14/08 | |
| _____ ) | PROPOSED DATE: 8/25/08 | |

    Defendants YURIK SHAKHBAZYAN and ROZA GASPARIAN, by and through their respective attorneys of record, GARO B. GHAZARIAN and MARK J. WERKSMAN, and plaintiff, UNITED STATES OF AMERICA, by and through Assistant United States Attorney R. STEVEN LAPHAM, hereby seek and stipulate to a continuance of the sentencing date.

    THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

    1.  The sentencing hearing date in the above-reference matter is currently scheduled for July 14, 2008, at 10:00 a.m.

1

2.  The parties stipulate and seek to continue the sentencing date from July 14, 2008 at 10:00 a.m., to August 25, 2008, at 10:00 a.m.

3.  The continuance is requested so that defendants SHAKHBAZYAN and GASPARIAN may be sentenced with their co-defendant SHUBARALYAN who is scheduled to be sentenced on August 25, 2008, at 10:00 a.m.

4.  The government does not object to the continuance.

IT IS SO STIPULATED.

                                      Respectfully submitted,

Dated: June 10, 2008            _____/S/ Garo Ghazarian_____
                                       GARO B. GHAZARIAN
                                       Attorney for Defendant
                                       YURIK SHAKHBAZYAN

Dated: June 10, 2008            __/s/ Mark Werksman_____
                                       MARK J. WERKSMAN
                                       Attorney for Defendant
                                       ROSA GARSPARIAN

Dated: June 17, 2008            McGregor W. Scott
                                       United States Attorney


                                       __/s/ R. Steven Lapham_____
                                       R. STEVEN LAPHAM
                                       Assistant United States Attorney
                                       Attorney for Plaintiff
                                       United States of America

1 **O R D E R**

3   GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing date for defendants YURIK SHAKHBAZYAN and ROSA GASPARIAN, in the matter of <u>United States v. Shakhbazyan, et al.</u>, Case No. 05-CR-343 FCD, currently scheduled on July 14, 2008, at 10:00 a.m., shall be continued to August 25, 2008, at 10:00 a.m.

Dated: June 20, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE