LAW OFFICE OF
GARO B. GHAZARIAN
State Bar No. 152790
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)905-6484
Fax: (818)905-6481


Attorney for Defendant
YURIK SHAKHBAZYAN


UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                Plaintiff,         )<br>                                   )<br>v.                                 )<br>                                   )<br>YURIK SHAKHBAZYAN, et al.          )<br>                Defendants.        )<br>_____) | No. CR 05-0343 FCD<br><br>**STIPULATION AND ORDER**<br>**TO CONTINUE SENTENCING**<br><br>CURRENT DATE:  8/25/08 at 10:00am<br>PROPOSED DATE: 10/27/08 at 10:00am |

    Defendants YURIK SHAKHBAZYAN, MANUK SHUBARALYAN and ROZA GASPARIAN, by and through their respective attorneys of record, GARO B. GHAZARIAN, JILBERT TAHMAZIAN and MARK J. WERKSMAN, and plaintiff, UNITED STATES OF AMERICA, by and through Assistant United States Attorney R. STEVEN LAPHAM, hereby seek and stipulate to a continuance of the sentencing date.

    THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

    1.   The sentencing hearing date in the above-referenced matter is currently scheduled for August 25, 2008, at 10:00 a.m.

1

    2.   The parties stipulate and seek to continue the sentencing date from August 25, 2008 at 10:00 a.m., to October 27, 2008, at 10:00 a.m.

    3.   The parties need additional time to research the legal issues surrounding defendants' sentencing and to file their sentencing memorandum and objections to the presentence investigation report.

    4.   The government does not object to the continuance.

    IT IS SO STIPULATED.

                                        Respectfully submitted,

Dated: August 6, 2008              _____/S/ Garo Ghazarian_____
                                   GARO B. GHAZARIAN
                                   Attorney for Defendant
                                   YURIK SHAKHBAZYAN


Dated: August 6, 2008              ____/s/ Jilbert Tahmazian_____
                                   JILBERT TAHMAZIAN
                                   Attorney for Defendant
                                   MANUK SHUBARALYAN


Dated: August 6, 2008              ___/s/ Mark Werksman_____
                                   MARK J. WERKSMAN
                                   Attorney for Defendant
                                   ROSA GARSPARIAN


Dated: August 7, 2008              McGregor W. Scott
                                   United States Attorney

                                   __/s/ Steven Lapham_____
                                   R. STEVEN LAPHAM
                                   Assistant United States Attorney
                                   Attorney for Plaintiff
                                   United States of America

2

**O R D E R**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing date for defendants YURIK SHAKHBAZYAN, MANUK SHUBARALYAN and ROSA GASPARIAN, currently scheduled on August 25, 2008, at 10:00 a.m., shall be continued to October 27, 2008, at 10:00 a.m.

Dated: August 7, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE