```
LAW OFFICE OF
GARO B. GHAZARIAN
State Bar No. 152790
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)905-6484
Fax: (818)905-6481

Attorney for Defendant
YURIK SHAKHBAZYAN
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>v.<br><br>YURIK SHAKHBAZYAN, et al.<br>            Defendants. | No. CR. S-05-0343 FCD<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING DATE** |

    Defendants YURIK SHAKHBAZYAN, MANUK SHUBARALYAN and ROZA GASPARIAN, by and through their respective attorneys of record, GARO B. GHAZARIAN, JILBERT TAHMAZIAN and MARK J. WERKSMAN, and plaintiff, UNITED STATES OF AMERICA, by and through Assistant United States Attorney R. STEVEN LAPHAM, hereby seek and stipulate to a continuance of the sentencing date.

    THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

    1.   The sentencing hearing date in the above-referenced matter is currently scheduled for October 27, 2008, at 10:00 a.m.

1   2.   The parties stipulate and seek to continue the sentencing date from October 27, 2008 at 10:00 a.m., to January 20, 2009, at 10:00 a.m.

3.   The parties need additional time to research the legal issues surrounding defendants' sentencing and to file their sentencing memorandum and objections to the presentence investigation report.

4.   The government does not object to the continuance.

IT IS SO STIPULATED.

                                      Respectfully submitted,

Dated: October 9, 2008   _____/S/ Garo Ghazarian_____
                                      GARO B. GHAZARIAN
                                      Attorney for Defendant
                                      YURIK SHAKHBAZYAN

Dated: October 9, 2008   ____/s/ Jilbert Tahmazian_____
                                      JILBERT TAHMAZIAN
                                      Attorney for Defendant
                                      MANUK SHUBARALYAN

Dated: October 9, 2008   ___/s/ Mark Werksman_____
                                      MARK J. WERKSMAN
                                      Attorney for Defendant
                                      ROSA GARSPARIAN

Dated: October 9, 2008   McGregor W. Scott
                                      United States Attorney

                                      __/s/ Steven Lapham_____
                                      R. STEVEN LAPHAM
                                      Assistant United States Attorney
                                      Attorney for Plaintiff
                                      United States of America

**O R D E R**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing date for defendants YURIK SHAKHBAZYAN, MANUK SHUBARALYAN and ROSA GASPARIAN, in the matter of United States v. Shakhbazyan, et al., Case No. 05-CR-343 FCD, currently scheduled on October 27, 2008, at 10:00 a.m., shall be continued to January 20, 2009, at 10:00 a.m.

Dated: October 9, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE