**Mark J. Werksman, Esq. - CSB No. 120767**
**LAW OFFICES OF MARK J. WERKSMAN**
**888 West Sixth Street, Fourth Floor**
**Los Angeles, California  90017**
**Telephone: (213) 688-0460**
**Facsimile: (213) 624-1942**

Attorneys for Defendant
Roza Gasparian

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO. CR.S- 05-343 FCD |
| Plaintiff, | **ORDER TO CONTINUE SENTENCING DATE** |
| v. | |
| ROZA GASPARIAN, et, al. | |
| Defendants. | |
| _____ | |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that Defendants Rosa Gasparian, Manuk Shukbaralyan, Yurik Shakhbazyan, Sentencing Hearing currently set for January 21, 2009 at 10:00 a.m. shall be continued to March 9, 2009, at 10:00 a.m.

Dated: January 14, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE