LAW OFFICE OF
GARO B. GHAZARIAN
State Bar No. 152790
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)905-6484
Fax: (818)905-6481


Attorney for Defendant
YURIK SHAKHBAZYAN


UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR.S-05-343 FCD |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **TO CONTINUE SENTENCING DATE** |
| | ) | |
| YURIK SHAKHBAZYAN, et al. | ) | |
| Defendants. | ) | CURRENT DATE:  3/9/09 at 10:00am |
| _____ | ) | PROPOSED DATE: 4/20/09 at 10:00am |

Defendants YURIK SHAKHBAZYAN, MANUK SHUBARALYAN and ROZA GASPARIAN, by and through their respective attorneys of record, GARO B. GHAZARIAN, JILBERT TAHMAZIAN and MARK J. WERKSMAN, and plaintiff, UNITED STATES OF AMERICA, by and through Assistant United States Attorney R. STEVEN LAPHAM, hereby seek and stipulate to a continuance of the sentencing date.

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1.  The sentencing hearing date in the above-referenced matter is currently scheduled for March 9, 2009, at 10:00 a.m.

2.  The parties stipulate and seek to continue the sentencing date from March 9, 2009 at 10:00 a.m., to April 20, 2009, at 10:00 a.m.

3.  The parties need additional time to research the legal issues surrounding defendants' sentencing and to file their sentencing memorandum and objections to the presentence investigation report.

4.  The government does not object to the continuance.

IT IS SO STIPULATED.

                        Respectfully submitted,

Dated: February 25, 2009      _____/S/ Garo Ghazarian_____
                            GARO B. GHAZARIAN
                            Attorney for Defendant
                            YURIK SHAKHBAZYAN

Dated: February 25, 2009      _____/s/ Jilbert Tahmazian_____
                            JILBERT TAHMAZIAN
                            Attorney for Defendant
                            MANUK SHUBARALYAN

Dated: February 25, 2009      ___ /s/ Mark Werksman_____ _____
                            MARK J. WERKSMAN
                            Attorney for Defendant
                            ROSA GARSPARIAN

Dated: February 26, 2009      McGregor W. Scott
                            United States Attorney

                          ___/s/ R. Steven Lapham _____
                          R. STEVEN LAPHAM
                          Assistant United States Attorney
                          Attorney for Plaintiff
                          United States of America

**ORDER**

   GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT
the sentencing date for defendants YURIK SHAKHBAZYAN, MANUK
SHUBARALYAN and ROZA GASPARIAN, in the matter of United States
v. Shakhbazyan, et al., Case No. 05-CR-343 FCD, currently
scheduled on March 9, 2009, at 10:00 a.m., shall be continued
to April 20, 2009, at 10:00 a.m.

Dated: February 27, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE