LAW OFFICE OF
GARO B. GHAZARIAN
State Bar No. 152790
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)905-6484
Fax: (818)905-6481

Attorney for Defendant
YURIK SHAKHBAZYAN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR.S-05-343 FCD |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **TO CONTINUE SENTENCING** |
| | ) |
| YURIK SHAKHBAZYAN, et al. | ) |
| Defendants. | ) CURRENT DATE:  4/20/09 at 10:00am |
| _____ | ) PROPOSED DATE: 8/10/09 at 10:00am |

Defendants YURIK SHAKHBAZYAN, MANUK SHUBARALYAN and ROZA GASPARIAN, by and through their respective attorneys of record, GARO B. GHAZARIAN, JILBERT TAHMAZIAN and MARK J. WERKSMAN, and plaintiff, UNITED STATES OF AMERICA, by and through Assistant United States Attorney R. STEVEN LAPHAM, hereby seek and stipulate to a continuance of the sentencing date.

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The sentencing hearing date in the above-referenced matter is currently scheduled for April 20, 2009, at 10:00 a.m.

2. The parties stipulate and seek to continue the sentencing date from April 20, 2009 at 10:00 a.m., to August 10, 2009, at 10:00 a.m.

1

3. Counsel for defendants GARO B. GHAZARIAN, JILBERT TAHMAZIAN need additional time to file their sentencing memorandum and objections to the presentence investigation report.

4. The government does not object to the continuance.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: April 15, 2009 _____/S/ Garo Ghazarian_____
GARO B. GHAZARIAN
Attorney for Defendant
YURIK SHAKHBAZYAN

Dated: April 15, 2009 _____/s/ Jilbert Tahmazian_____
JILBERT TAHMAZIAN
Attorney for Defendant
MANUK SHUBARALYAN

Dated: April 15, 2009 __/s/ Mark Werksman_____
MARK J. WERKSMAN
Attorney for Defendant
ROSA GARSPARIAN

Dated: April 15, 2009 LAWRENCE G. BROWN
Acting United States Attorney

__/s/ steven Lapham_____
R. STEVEN LAPHAM
Assistant United States Attorney
Attorney for Plaintiff
United States of America

**IT IS SO ORDERED.**

Dated: April 16, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2