GARO B. GHAZARIAN, ESQ.
State Bar No. 152790
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)905-6484
Fax: (818)905-6481
E-mail: gbglaw@sbcglobal.net

Attorney for Defendant
YURIK SHAKHBAZYAN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-05-343 FCD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| YURIK SHAKHBAZYAN, | ) | |
| MANUK SHUBARALYAN, and | ) | |
| ROZA GASPARIAN. | ) | |
| Defendants. | ) | |
| _____ | ) | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing date for defendants YURIK SHAKHBAZYAN, MANUK SHUBARALYAN and ROZA GASPARIAN, in the matter of <u>United States v. Shakhbazyan, et al.</u>, Case No. 05-CR-343 FCD, currently scheduled on August 10, 2009, at 10:00 a.m., shall be continued to November 2, 2009, at 10:00 a.m.

Dated: August 6, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE