# UNITED STATES DISTRICT COURT
## Eastern District of California

# Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
### *(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Yurik  Shakhbazyan                 **Docket Number:**   0972 2:05CR00343

**Name of Judicial Officer**:     United States District Judge Kimberly J. Mueller

**Date of Original Sentence:**   12/7/2009

**Original Offense:** 18 U.S.C. § 1347 Health Care Fraud  (Class D felony)

**Original Sentence:** 36 months custody of the Bureau of Prisons; 36 months Supervised Release; $302,922.48 restitution; $100 special assessment; Mandatory drug testing; No firearms; DNA testing.

**Special Conditions:**
Warrantless Search
Financial Disclosure
Financial Restrictions
Cooperate with INS/ICE

**Type of Supervision:**     TSR

**Date Supervision Commenced:**    9/14/2012

**Other Court Actions:  None**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

5 - Restitution payments shall be at a rate of $25 per month.

**Justification:**  Mr. Shakhbazyan released to the Central District of California where he is currently being supervised.  At the time of his sentencing, no payment schedule was set by the court.  A financial investigation reveals Mr. Shakhbazyan has the ability to pay $25 per month, due to his unemployment and immigration status.  Further, computer asset searches of the Accurint database uncovered no unreported assets.  To date, the supervisee has paid $13,066, leaving a balance of $289,955.  Payments

commensurate with ability to pay have been established at $25 per month. The probation officer will continue to monitor and increase payments, according to the supervisee's ability to pay.

It is recommended that the Court set the payment schedule at $25 per month. The probation officer will inform the Court regarding financial circumstances or other supervision issues which warrant Court action. In addition, should the Court concur, the probation officer will submit this matter for the Court's further consideration six months prior to expiration of supervision.

Respectfully submitted,

**/s/ Michael A. Sipe**

**MICHAEL A. SIPE**
**Supervising United States Probation Officer**
Telephone: (916) 786-6147

**DATED:**   9/2/2014

**THE COURT ORDERS:**

☒  Modification approved as recommended.

☐  Modification not approved at this time. Probation Officer to contact Court.

☐  Other

DATED:  September 4, 2014.

UNITED STATES DISTRICT JUDGE

CC:

United States Probation

Assistant United States Attorney: Robert Lapham

Defense Counsel: Garo B. Gasparian (retained)